United States District Court
Southern District of Texas
ENTERED

**JUL 2 2 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

51

United States District Court
Southern District of Texas
FILED

**JUL 2 0 1998**

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CECILIA CHAVEZ, ET AL          §
                               §
VS.                            §          CIVIL ACTION NO. B-97-035
                               §
INTERNATIONAL SHIPBREAKING     §
LIMITED L.L.C.                 §

---

**ORDER GRANTING THIRD PARTY DEFENDANTS
BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, INC. d/b/a
VALLEY REGIONAL MEDICAL CENTER, DR. SHE LING WONG
AND DR. RAMON LOJI'S MOTION TO DISMISS**

---

CAME TO BE HEARD on this day Third Party Defendants' Motions to Dismiss filed by Third Party Defendants, Brownsville-Valley Regional Medical Center, Inc. d/b/a Valley Regional Medical Center, Dr. She Ling Wong and Dr. Ramon Loji; and the Court, having considered the evidence is of the opinion that said MOTION should be granted;

IT IS, THEREFORE, ORDERED that all claims by Third Party Plaintiff (International Shipbreaking Limited L.L.C.) against Third Party Defendants, Brownsville-Valley Regional Medical Center, Inc. d/b/a Valley Regional Medical Center, Dr. She Ling Wong and Dr. Ramon Loji are hereby dismissed. All other motions pending against these parties are dismissed without prejudice.

DONE AT BROWNSVILLE, TEXAS this _____ day of _____,
1998.

_____
UNITED STATES DISTRICT JUDGE

---

*ORDER GRANTING THIRD PARTY DEFENDANTS BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, INC. d/b/a VALLEY REGIONAL MEDICAL CENTER,
DR. SHE LING WONG AND DR. RAMON LOJI'S MOTION TO DISMISS FOR
THIRD PARTY PLAINTIFF'S FAILURE TO STATE A CLAIM*
*[14]SM;C:L576\DISMISS.ORD*                                    *Page 1*

MARTY HERRING & ASSOCIATES
7500 San Felipe, Suite 400
Houston, Texas  77063
Phone (713) 787-9885

By: _Stephen T. Liss/w permission_ pk
 Stephen T. Liss
 ATTORNEYS FOR DEFENDANT,
 INTERNATIONAL SHIPBREAKING
 LIMITED, LLC


EDDINGTON & ASSOCIATES, L.L.P.
1926 East Elizabeth St.
Brownsville, Texas  78520
Phone (956) 546-0333

By: _Ray R. Marchan/w permission_ pk
 Ray R. Marchan
 ATTORNEYS FOR PLAINTIFFS

**APPROVED AS TO FORM AND CONTENT:**

EVANS & ROWE
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas   78216
(210) 340-6555


By: *See attached fax sheet
_____
      Brett B. Rowe
      State Bar No. 17331750
      ATTORNEYS FOR DEFENDANT,
      DR. SHE LING WONG


BRIN & BRIN
1205 North Expressway 83
Brownsville, Texas   78520
(956) 544-7110

By: _____
      William Gault
      State Bar No. 07765050
      ATTORNEYS FOR DEFENDANT,
      BROWNSVILLE-VALLEY REGIONAL
      MEDICAL CENTER, INC. d/b/a
      VALLEY REGIONAL MEDICAL CENTER

ADAMS & GRAHAM, L.L.P.
222 East Van Buren West Tower
P. O. Drawer 1429
Harlingen, Texas   78551-1429
(956) 428-7495

By: _____
      Patricia Kelly
      State Bar No. 01378500
      ATTORNEYS FOR DEFENDANT,
      DR. RAMON LOJI

**APPROVED AS TO FORM AND CONTENT:**

EVANS & ROWE
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas  78216
(210) 340-6555

By: _Lisa A. Rocheleau for_ TSB#00791546
    Brett B. Rowe
    State Bar No. 17331750
    ATTORNEYS FOR DEFENDANT,
    DR. SHE LING WONG


BRIN & BRIN
1205 North Expressway 83
Brownsville, Texas  78520
(956) 544-7110


By:_____
    William Gault
    State Bar No. 07765050
    ATTORNEYS FOR DEFENDANT,
    BROWNSVILLE-VALLEY REGIONAL
    MEDICAL CENTER, INC. d/b/a
    VALLEY REGIONAL MEDICAL CENTER