United States District Court
Southern District of Texas
ENTERED

JUL 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 29 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CECILIA CHAVEZ, ET AL | § § § § § § § § | |
| VS. | | CIVIL ACTION NO. B-97-035 |
| INTERNATIONAL SHIPBREAKING LIMITED L.L.C. | | |

## ORDER

On the 29 day of July, 1998, came on to be heard Defendant, International Shipbreaking Limited's Oral Motion to Remand and having heard the arguments of counsel, specifically that the Court does not have subject matter jurisdiction, this Court finds that said motion is good and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case is REMANDED TO STATE COURT.

_____
U.S. DISTRICT JUDGE PRESIDING

APPROVED:

_____
Marty Herring
State Bar No. 09533700
Federal ID No. 6695
7500 San Felipe, Ste 400
Houston, Texas 77063
(713) 787-9885